L. WILLIAM FESHKENS, Respondent, v. HENRY T. HICKS and JOSEPHINE HICKS, Appellants.— Order directing trial at Special Term affirmed, with ten dollars costs and disbursements. The complaint, and for that matter the answer as well, demands equitable relief. The only items of money damage involved are the amount of the deposit, which is admitted, and the cost of searching the title, which may be disposed of by the court as well as by a jury. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

In the Matter of the Application of FOX LANE CORPORATION for an Order of Mandamus, Respondent, v. FRANK MANN, as Tenement House Commissioner of the City of New York, Appellant. KATHERINE F. REILLY and Others, Intervenors, Appellants.— Mandamus order reversed upon the law, without costs, and application for mandamus order denied, without costs. Since the repeal, on October 3, 1924, of former section 24 of the Building Zone Resolution, there is nothing in the zoning ordinance to save existing permits, and, as no work had been commenced, and no building erected or in course of construction, at the time of the amendment, the provisions of the present section 24 of the Building Zone Resolution which prevent the operation of an amendment to existing buildings or premises do not apply, and the expenditures made and obligations incurred by the respondent in reliance upon the permit in question were insufficient to give it a vested right to erect the building in question in violation of the amendment. (*People ex rel. Publicity Leasing Co.* v. *Ludwig,* 218 N. Y. 540.) Kelly, P. J., Rich and Young, JJ., concur; Kapper and Lazansky, JJ., dissent, and vote to affirm, on the ground that the relator had vested rights which were not affected by the passage of the new zoning ordinance.

In the Matter of the Application of FOX LANE CORPORATION for an Order of Mandamus, Respondent, v. JOHN W. MOORE, as Superintendent of Buildings of the Borough of Queens, City of New York, Appellant. KATHERINE F. REILLY and Others, Intervenors, Appellants.— Mandamus order reversed on the law, without costs, and application for mandamus order denied, without costs, upon authority of *Matter of Fox Lane Corporation* v. *Mann* (*ante,* p. 813), decided herewith. Kelly, P. J., Rich and Young, JJ., concur; Kapper and Lazansky, JJ., dissent and vote to affirm.

KANO REALTY CO., INC., Appellant, v. EDNA KLYDE and CHARLES KLYDE, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

ROSE KAPLAN, Respondent, v. DAVID KAPLAN, Appellant.— Order granting alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ABRAHAM KATZ, Respondent, v. MICHAEL BARASCH, Appellant.— Order denying defendant's motion to vacate plaintiff's notice for examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

WILLIAM H. KING, Respondent, v. SAMUEL BUYER, Appellant.— Judgment of the City Court of New Rochelle affirmed, with costs. No opinion. Kelly, P. J., Rich and Lazansky, JJ., concur; Jaycox and Kapper, JJ., dissent.